IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ DC

05 MAY -6 AM 8:38

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                                No. 03-10071-T

JOE DAVID SLOAN,

    Defendant.

## ORDER EXTENDING TIME FOR COMPLETION OF EVALUATION

Mr. Joe David Sloan arrived at the Federal Medical Center (FMC) Lexington, Kentucky on April 14, 2005, for an examination and evaluation under Title 18 U.S.C. §§ 4241 and 4242 pursuant to an order of this court on March 31, 2005. Due to a large number of evaluations received at that facility and in order to allow the clinical staff sufficient time to conduct a thorough examination, FMC requests an extension of time to complete the testing and examination necessary to develop a history, diagnosis, and opinion regarding both the 4241 and 4242 questions. For good cause shown, that extension of time is granted. The evaluation of Mr. Sloan should be completed by June 13, 2005, and the evaluation report shall be sent out thereafter.

    IT IS SO ORDERED.

                                                             _/s/ James D. Todd_
                                                             JAMES D. TODD
                                                             UNITED STATES DISTRICT JUDGE

                                                             5 May 2005
                                                             DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/9/05

130

Case 1:03-cr-10071-JDT   Document 130   Filed 05/06/05   Page 2 of 2   PageID 140

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 130 in case 1:03-CR-10071 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

G. Stephen Davis
HOWIE & DAVIS
P.O. Box 611
Dyersburg, TN 38025

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Charles S. Kelly
KELLY LAW FIRM
802 Troy Ave.
Dyersburg, TN 38025--050

Honorable James Todd
US DISTRICT COURT