

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

October 27, 2005

The Honorable James D. Todd
United States District Court
Western District Court
448 United States Courthouse
111 South Highland Avenue
Jackson, Tennessee 38301

RE: Sloan, Joe David
    Register Number: 18723-076
    Docket Number: 03-CR-10071-T

Dear Judge Todd:

The above-referenced individual was admitted to the Mental Health Unit of this facility on October 26, 2005, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Sloan, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on February 22, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

GRANTED / DENIED (Circle One) [GRANTED circled]
Signature: _James D. Todd_
District Judge James D. Todd
DATE: 3 November 2005

cc: Jim Powell, Assistant United States Attorney
    David Camp, Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 138 in case 1:03-CR-10071 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT